584 A.2d 229
SUSAN P. NICHOLSON v. JOHN NICHOLSON.

May 30, 1990.

Petition for certification denied.

584 A.2d 230
CAMPBELL SOUP COMPANY, CAMPBELL SOUP (TEXAS) INC.
v. LIBERTY MUTUAL INSURANCE COMPANY.

May 30, 1990.

Petition for certification denied.   (See 239 *N.J.Super.* 403,
571 *A.*2d 969)

584 A.2d 230
KENNETH FREITAG v. BOARD OF REVIEW.

May 30, 1990.

Petition for certification denied.

584 A.2d 230
IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL
OF RUSSELL G. RANNEY, DECEASED.

May 30, 1990.

Petition for certification granted.   (See 240 *N.J.Super.* 337,
573 *A.*2d 467)